IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| **KAREN CASEY**  Plaintiff  vs.  **PRIME SOURCE CAPITAL MANAGEMENT LLC**  Defendant | CASE NO.:  5:11-CV-00189-DDD  THE HONORABLE SENIOR UNITED STATES DISTRICT JUDGE DAVID D. DOWD, JR. |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, KAREN CASEY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                RESPECTFULLY SUBMITTED,

        By:     /s/ Peter Cozmyk
             Peter Cozmyk
             Attorney for Plaintiff
             Ohio Registration No. 0078862
             Krohn & Moss, Ltd.
             8043 Corporate Circle, Suite 3
             North Royalton, Ohio 44133
             Telephone: (323) 988-2400 ext. 213
             Facsimile: (866) 799-3206
             E-Mail: pcozmyk@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing **Notice of Settlement** was electronically transmitted, via the Case Management / Electronic Case Filing system for the United States District Court for the Northern District of Ohio (Akron) on this 15th day of July, 2011 upon all Parties listed on the Notice of Electronic Filing. Parties may access the foregoing through the CM/ECF system.

    Peter J. Cozmyk, Esq.        pcozmyk@consumerlawcenter.com
                                   courtfiling@consumerlawcenter.com
                                   akrohn@consumerlawcenter.com

             ***/s/ Peter Cozmyk***

             Peter Cozmyk
             *Counsel for Karen Casey*