DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Karen Casey | ) | |
| | ) | CASE NO. 5:11CV189 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Prime Source Capital Management LLC | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Upon representation of counsel in its notice of settlement (docket # 14) that the above entitled cause of action has been settled between the parties,

IT IS ORDERED that the docket be marked, "Settled and dismissed, without prejudice."

IT IS FURTHER ORDERED that each party is to bear its own costs.

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order.

IT IS SO ORDERED.

 July 26, 2011          */s/ David D. Dowd, Jr.*
Date               David D. Dowd, Jr.
                 U.S. District Judge